**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rafas Gene CAMP, a/k/a Tick,
Defendant–Appellant.**

No. 15–7740.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Rafas Gene Camp, Appellant Pro Se. Thomas Michael Kent, Office of the United States Attorney, Asheville, North Carolina; Jill Westmoreland Rose, United States Attorney, Daniel Steven Ryan, Kevin Zolot, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafas Gene Camp appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Camp*, No. 3:12–cr00188–FDW–6 (W.D.N.C. Aug. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*